■ In the Matter of ROLANDO CANDELARIA, Appellant, v VANESSA NARDIL et al., Respondents. [61 NYS3d 513]—Appeal by the petitioner from an order of the Family Court, Kings County (Edward W. Yuskevich, Ct. Atty. Ref.), dated April 21, 2016. The order dismissed, without a hearing, the petition for visitation, with prejudice.

Ordered that the order is affirmed, without costs or disbursements.

The Family Court lacks the authority to direct continuing contact between a parent and child where, as here, the petition-

ing parent's parental rights have been involuntarily terminated and the children have been freed for adoption (*see Matter of Hailey ZZ. [Ricky ZZ.]*, 19 NY3d 422, 438 [2012]; *Matter of Joshua J.C. [Jose C.]*, 145 AD3d 883, 884-885 [2016]; *Matter of Jamel D.G. [Monique G.]*, 108 AD3d 766, 767 [2013]). Accordingly, the Family Court properly dismissed, without a hearing, the petition for visitation, with prejudice. Balkin, J.P., Hinds-Radix, Duffy and Connolly, JJ., concur.